[Civil No. 810.]

THOMAS F. WILSON, on behalf of the Territory of Arizona, Appellant, v. N. O. MURPHY et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.  Edward Kent, Judge.

Affirmed (Memorandum), 203 U. S. 580.

E. S. Ives, for Appellant.

C. F. Ainsworth, and Robert E. Morrison, for Appellees.

March 20, 1903.  Dismissed.

[Civil No. 811.]

THOMAS F. WILSON, on behalf of the Territory of Arizona, Appellant, v. GEORGE W. VICKERS et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.  Edward Kent, Judge.

Affirmed (Memorandum), 203 U. S. 581.

E. S. Ives, for Appellant.

Robert E. Morrison, for Appellees.

March 20, 1903.  Dismissed.

[Civil No. 825.]

In the Matter of the Application of W. H. CHAPMAN for a Writ of Certiorari to the Board of Supervisors of the County of Graham, Territory of Arizona.

ORIGINAL PROCEEDING.

Herring & Mitchell, for Petitioner.

Hereford & Hazzard, for W. H. Settle.

March 20, 1903.  Judgment entered annulling proceedings of the board.